UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61953-CIV-DAMIAN

**CHANEL INC.**,

    Plaintiff,

v.

**THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

    Defendants.
_____/

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Plaintiff, Chanel Inc.'s, *Ex Parte* Response to Order to Show Cause [ECF No. 13], filed December 9, 2024.

THE COURT having reviewed the Response and the pertinent portions of the record and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED that the Court's Order to Show Cause [ECF No. 10] is **DISCHARGED**. It is further

ORDERED that Plaintiff's Request for Hearing to further explain why permissive joinder is appropriate in this case is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 14th day of January, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record